314

**WESTMORELAND REGIONAL**

v.

**SUBWAY REAL ESTATE**

**613 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

1249 OF 2015 (Westmoreland)

Affirmed

**COM.**

v.

**MCGINNIS, V.**

**979 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

CP–03–CR–0000547–1996 (Armstrong)

Quashed

**POLITES, W.**

v.

**CONTORCHICK, D.**

**1104 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

No. 2009–3148 (Cambria)

Affirmed

**COM.**

v.

**MAYO, R.**

**1185 WDA 2016**

Superior Court of Pennsylvania.

03/14/2017

CP–07–CR–0002813–2008 (Blair)

Vacated/Remanded

**COM.**

v.

**BROWN, M.**

**2095 EDA 2015**

Superior Court of Pennsylvania.

03/15/2017

CP–51–CR–0400851–2002 (Philadelphia)

Affirmed